UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JULIAN JAMES HARD HEART,<br><br>　　　　　Defendant. | CR   5:22-cr-50015<br><br>REDACTED INDICTMENT<br><br>Second Degree Murder<br>(18 U.S.C. §§ 1111(a), 2, and 1153) |

The Grand Jury charges:

On or about November 28, 2021, in Pine Ridge, in Indian country, in the District of South Dakota, the defendant, Julian James Hard Heart, an Indian person, with malice aforethought did unlawfully kill Devon Caine Elk Boy, by shooting him, all in violation of 18 U.S.C. §§ 1111(a), 2, and 1153.

　　　　　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　　　　**Name Redacted**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Foreperson

DENNIS R. HOLMES
United States Attorney

By: _____